UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-CR-00145 DAD JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| STEVEN CARTER BENNET, ) | |
| ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 11, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **March 16, 2021**         /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE