UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00145-DAD-BAM |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| STEVEN CARTER BENNETT, | |
| Defendant. | |

The above named defendant having been sentenced on April 20, 2021, to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **April 20, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE