ADILENE FLORES ESTRADA
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA 93721
Telephone: (209)843-0090
adilene@adilenefloreslaw.com

Attorney for STEVEN CARTER BENNETT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CARTER BENNETT,<br><br>Defendant. | **CASE NO.** 1:20-CR-0145-ADA<br><br>**JOINT STIPULATION FOR CONTINUANCE; FINDINGS AND ORDER** |

**BACKGROUND**

This case is set for a Sentencing Conference Re Violation of Terms of Supervised Release set for February 27, 2023 at 8:30 am, in Courtroom 1 before Honorable Judge Ana de Alba.

**REQUEST**

Defendant, by and through its counsel of record, after consulting the continuance with United States Attorney, Antonio J. Pataca jointly request a continuance to March 13, 2023 at 8:30 am. The parties respectfully request the following:

1. By previous order, this matter was set for a Sentencing Conference Re Violation of Conditions of Terms of Supervised Release for February 27, 2023 at 8:30 am before honorable Judge Ana de Alba.

2. By this request, the parties now move to continue the case and set a Sentencing Hearing Re Violation of Terms of Supervised Release on the Duty Calendar to March 13, 2023 at 8:30 a.m.

3. The parties requests that the Court find the following:

   a) Defense Counsel for defendant was summoned for jury duty (Badge # 19723108,

1

Juror #19). Counsel has thus far been kept in the jury pool and the estimated time for the trial is about five to six days for evidence presentation. The jury will begin deliberating after that. Counsel desires additional time to be able to serve on a jury in a court proceeding here in Fresno County.

    b) Counsel for defendant believes that failure to grant the above-requested continuance will deny her the reasonable time necessary for effective preparation, even when considering the exercise of due diligence.

    c) The government joins in the request to continue the matter to the calendar on March 13, 2023 at 8:30 am.

Dated: February 21, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
STEVEN CARTER BENNETT

/s/ ANTONIO J. PATACA
ANTONIO J PATACA
United States Attorney's Office
Assistant US Attorney

IT IS SO ORDERED.

Dated: February 22, 2023

UNITED STATES DISTRICT JUDGE

2